UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                      Plaintiff

Case Number 06-15342
Hon. Robert H. Cleland

-v-

ESPER M. ALEXANDER

                      Defendant

and

MGM RESORTS INTERNATIONAL
d/b/a MGM CASINO

                      Garnishee
_____

**ORDER RESOLVING DEFENDANT'S MOTION TO STOP GARNISHMENT
AND PLAINTIFF'S MOTION FOR RELIEF FROM GARNISHEE ORDER**

THIS MATTER having come before the Court on the Defendant's Motion to Stop Garnishment [Dkt. 20] and the Plaintiff's Motion for Relief From Garnishee Order [Dkt. 22]; and a hearing having been scheduled for May 16, 2012; and the parties having reached a resolution which they placed upon the record at said hearing;

**IT IS HEREBY ORDERED** that Defendant's Motion to Stop Garnishment is denied by agreement of the parties;

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Relief From Garnishee Order is terminated at the request of Plaintiff;

**IT IS FURTHER ORDERED** that pursuant to the agreement of the parties, commencing with Defendant's next scheduled pay period on June 1, 2012, Garnishee MGM Resorts International d/b/a MGM Casino shall withhold the sum of **$75.00** from

each of Defendant's biweekly pay checks, and said sum shall be forwarded to the U.S. Department of Justice. Said biweekly withholding shall continue until such time as the Judgment is satisfied in full, or until further order of this Court.

**IT IS FURTHER ORDERED** that pursuant to the agreement of the parties, upon the request of Defendant, the office of Plaintiff's counsel will provide Defendant with a letter stating that Defendant and Plaintiff have entered into voluntary payment arrangements with respect to the student loan which is the subject of this litigation.

    s/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: May 24, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 24, 2012, by electronic and/or ordinary mail.

    s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522